### 11640.  McCLURE *v.* THE STATE.

LUKE, J. The defendant was indicted for assault with intent to murder, and was convicted of the offense of assault and battery. There is some evidence to support the verdict, which has the approval of the trial judge.

The exception to the court's failure to charge upon the law of circumstantial evidence is without merit, since the conviction of the defendant was not wholly dependent upon circumstantial evidence, and there was no timely request for such a charge.

The other exception to the charge of the court is without merit. For no reason assigned was it error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JULY 28, 1920.

Indictment for assault and battery; from Carroll superior court — Judge Terrell. May 31, 1920.

*Boykin & Boykin,* for plaintiff in error.

*C. E. Roop, solicitor-general,* contra.